IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARLON JESSIE BLACHER,**<br><br>Petitioner,<br><br>v.<br><br>**L.S. MCEWEN,**<br><br>Respondent. | Case No. C 12-4775 RMW (pr)<br><br>**[] ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent's application for a 60-day enlargement of time, to and including April 2, 2013, in which to file a response to the pending petition for writ of habeas corpus is GRANTED. All other deadlines remain as stated in the order to show cause.

Dated: _____

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

1

[] Order (C 12-4775 RMW (pr))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARLON JESSIE BLACHER,

        Plaintiff,

  v.

L S MCEWEN et al,

        Defendant.

Case Number: CV12-04775 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 21, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marlon Jessie Blacher CDC G-50077
California State Prison Los Angeles County
P O Box 8457
Lancaster, CA 93539-8457

Dated: February 21, 2013

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk