IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLOH JESSIE BLACHER,<br><br>        Petitioner,<br><br>  vs.<br><br>L.S. MCEWEN,<br><br>        Respondent. | No. C 12-4775 RMW (PR)<br><br>ORDER DENYING MOTION FOR ORDER DIRECTING LAW LIBRARIAN TO PROVIDE COPIES<br><br>(Doc. No. 4.) |

Petitioner, a state prisoner proceeding pro se, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This Court ordered respondent to show cause why a writ of habeas corpus should not be granted. (Doc. No. 11.) Petitioner also filed a motion to order prison officials to provide copies of petitioner's petition and supporting documents. (Doc. No. 4.) Petitioner requests the court to direct the prison law librarian to provide him with copies. The prison law librarian is not a party to this action and the court has no jurisdiction to direct a non-party to act. Plaintiff's motion is **DENIED**.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Denying Motion for Order Directing Law Librarian to Provide Copies
G:\PRO-SE\SJ.Rmw\HC.12\Blacher164librarian.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON JESSIE BLACHER, | Case Number: CV12-04775 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| L S MCEWEN et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 27, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marlon Jessie Blacher CDC G-50077
California State Prison Los Angeles County
P O Box 8457
Lancaster, CA 93539-8457

Dated: March 27, 2013

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk