1

2

3    <mark>E̋Ȍ̋Ȓ̋ŐS̋Ò̋Ö̋Á̋Ä̋ ̋ﬗﬗﬗ</mark>

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12   **MARLON JESSIE BLACHER,**              Case No. C 12-4775 RMW (pr)

                                  Petitioner,   **[] ORDER**
13

14            **v.**

15   **L.S. MCEWEN,**

16                              Respondent.

17

18        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent's application

19   for a 90-day enlargement of time, to and including July 1, 2013, in which to file a response to the

20   pending petition for writ of habeas corpus is GRANTED.  All other deadlines remain as stated in

21   the order to show cause.

22

23

24   Dated: _____Í̋ ̋ﬗﬗﬗ_____        The Honorable Ronald M. Whyte

25

26

27

28

                                        1

                                                          [] Order (C 12-4775 RMW (pr))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


MARLON JESSIE BLACHER,

           Plaintiff,

  v.

L S MCEWEN et al,

           Defendant.

_____ /

Case Number: CV12-04775 RMW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Marlon Jessie Blacher CDC G-50077
California State Prison Los Angeles County
P O Box 8457
Lancaster, CA 93539-8457


Dated: May 13, 2013

                                   Richard W. Wieking, Clerk
                                   By: Jackie Lynn Garcia, Deputy Clerk