IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARLON JESSIE BLACHER, | ) | No. C 12-4775 RMW (PR) |
| Petitioner, | ) | ORDER FOR FURTHER BRIEFING |
| vs. | ) | |
| L.S. MCEWEN, | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court ordered respondent to show cause why the petition should not be granted. Respondent filed a motion to dismiss the petition as procedurally defaulted. Petitioner has filed an opposition. Respondent has filed a reply, and petitioner has filed an objection to his reply.

In light of Martinez v. Ryan, 132 S. Ct. 1309, 1318-21 (2012), and the Ninth Circuit's cases interpreting and applying Martinez, see, e.g., Van Nguyen v. Curry, 736 F.3d 1287 (9th Cir. 2013), Detrich v. Ryan, No. 08-99001, 2013 WL 4712729 (9th Cir. 2013) (en banc), the parties are directed to file supplemental briefing.

Specifically, **within twenty-one days** of the filing date of this order, respondent shall do one of the following: (1) file a supplemental response to petitioner's objections (doc. no. 28), addressing the implication of Martinez to petitioner's claim of excuse from procedural default;

1  (2) withdraw his motion to dismiss and re-file a motion to dismiss; or (3) withdraw his motion to
2  dismiss and notify the court that he will answer the petition on the merits.
3        If respondent files a supplemental response to petitioner's objections, petitioner shall
4  have **fourteen days** thereafter to file one final response.  If respondent withdraws his motion to
5  dismiss and re-files a motion to dismiss, petitioner shall file his opposition within **twenty-eight**
6  **days**.
7        It is petitioner's responsibility to prosecute this case.  Petitioner is reminded that all
8  communications with the court must be served on respondent by mailing a true copy of the
9  document to respondent's counsel.  Petitioner must keep the court and all parties informed of any
10 change of address by filing a separate paper captioned "Notice of Change of Address."  He must
11 comply with the court's orders in a timely fashion.  Failure to do so may result in the dismissal
12 of this action for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).
13       IT IS SO ORDERED.
14 DATED:   4 5 6          
                                        RONALD M. WHYTE
15                                         United States District Judge

Order for Further Briefing
G:\PRO-SE\RMW\HC.12\Blacher775mtdprodefbrief.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON JESSIE BLACHER,<br><br>        Plaintiff,<br><br>  v.<br><br>L S MCEWEN et al,<br><br>        Defendant. | Case Number: CV12-04775 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 3, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marlon Jessie Blacher CDC G-50077
California State Prison Los Angeles County
P O Box 8457
Lancaster, CA 93539-8457

Dated: February 3, 2014

                                              Richard W. Wieking, Clerk
                                              By: Jackie Lynn Garcia, Deputy Clerk