IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARLON JESSIE BLACHER,**<br><br>Petitioner,<br><br>v.<br><br>**L.S. MCEWEN,**<br><br>Respondent. | Case No. C 12-4775 RMW (pr)<br><br>[] ORDER |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent's application for a 45-day enlargement of time, to and including April 10, 2014, in which to file the brief or notice required by the Court's order for further briefing is GRANTED. All other deadlines remain as stated in the order for further briefing.

Dated: _____

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

[] Order (C 12-4775 RMW (pr))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON JESSIE BLACHER,<br><br>              Plaintiff,<br><br>    v.<br><br>L S MCEWEN et al,<br><br>              Defendant. | Case Number: CV12-04775 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marlon Jessie Blacher CDC G-50077
California State Prison Los Angeles County
P O Box 8457
Lancaster, CA 93539-8457

Dated: March 26, 2014

                                                    Richard W. Wieking, Clerk
                                                    By: Jackie Lynn Garcia, Deputy Clerk