1
2
3
4
5
6
7
8
9     IN THE UNITED STATES DISTRICT COURT
10    FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12  MARLON JESSIE BLACHER,           )   No. C 12-4775 RMW (PR)
                                     )
13           Petitioner,             )   ORDER GRANTING MOTION FOR
                                     )   ENLARGEMENT OF TIME TO FILE
14    vs.                            )   ANSWER
                                     )
15  L.S. MCEWEN,                     )
                                     )
16           Respondent.             )
                                     )   (Docket No. 51)

17    Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus
18 pursuant to 28 U.S.C. § 2254. On September 30, 2014, the court granted in part respondent's
19 motion to dismiss and ordered respondent to show cause within sixty days why a writ of habeas
20 corpus should not be granted based on the remaining claims. (Docket No. 48.) Respondent has
21 filed an application for a thirty-day enlargement of time to file an answer. (Docket No. 51.)
22 Respondent's counsel declares that he has completed a rough draft of the answer but that he will
23 be unable to finalize the answer because he will be out of the office from November 19, 2014,
24 through the end of the month. (Id.)
25    Good cause having been shown, respondent's motion is **GRANTED**. Respondent shall
26 file an answer no later than December 31, 2014. Petitioner shall file a traverse within thirty (30)
27 days after the answer is filed.
28

Order Granting Motion for Enlargement of Time to File Answer
P:\PRO-SE\RMW\HC.12\Blacher775eot-ans.wpd

1     This order terminated docket number 51.

2     IT IS SO ORDERED.

3 DATED: _____

    *Ronald M. Whyte*
4     RONALD M. WHYTE
    United States District Judge

Order Granting Motion for Enlargement of Time to File Answer
P:\PRO-SE\RMW\HC.12\Blacher775eot-ans.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARLON JESSIE BLACHER,

        Plaintiff,

  v.

L. S. MCEWEN et al,

        Defendant.

Case Number: CV12-04775 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marlon Jessie Blacher #G-50077
C/O Cell A1-1222
California Men's Colony State Prison
P. O. Box 8101
San Luis Obispo, CA 93409

Dated: December 17, 2014

                                            Richard W. Wieking, Clerk
                                            By: Jackie Lynn Garcia, Deputy Clerk